**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00130-CV

### KELLEY|WITHERSPOON, LLP, ET AL., Appellants

### V.

### ARMSTRONG INTERNATIONAL SERVICES, INC., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01907-E**

## ORDER

We **GRANT** appellants' September 8, 2014 unopposed motion for an extension of time

to file a reply brief. Appellants shall file their reply brief **on or before SEPTEMBER 24, 2014**.

/s/    ADA BROWN
        JUSTICE